# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VISTO CORPORATION,** | ) |
| Plaintiff, | ) Civil No. 2:07-CV-375 TJW/CE |
| v. | ) |
| **RESEARCH IN MOTION LIMITED, and** | ) |
| **RESEARCH IN MOTION CORPORATION,** | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. Having considered the motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that all claims and counterclaims asserted in this case are DISMISSED WITH PREJUDICE pursuant to the Federal Rule of Civil Procedure 41(a)2) and the parties' confidential Settlement Agreement. Each party shall bear their own fees and expenses.

SIGNED this 28th day of July, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE